UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINO D. ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN BARRETO, JARRETT TONN, DOE ONE and DOE TWO,<br><br>    Defendants. | No. 2:19-cv-02226-MCE-CKD<br><br><br><br>**ORDER** |

Having received and reviewed Defendants' Motion to Dismiss (ECF No. 13), and Plaintiff's Statement of Non-Opposition thereto (ECF No. 15) and good cause appearing,

Plaintiff's Motion (ECF No. 13) is GRANTED.  As requested, Plaintiff may file a Second Amended Complaint to rectify his mistake in including 42 U.S.C. §§ 1981 and 1988 in the caption to the First Amended Complaint, and to delete any reference to punitive damages as a separate cause of action, not later than twenty (20) days following the date this Order is electronically filed, should he choose to do so.

IT IS SO ORDERED.

Dated:  May 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1