**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants KEVIN BARRETO and JARRETT TONN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Tino D. Armstrong,<br><br>Plaintiff,<br><br>vs.<br><br>Kevin Barreto, Jarrett Tonn, DOE One and DOE Two,<br><br>Defendants. | Case No. 2:19-cv-02226-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(A)]** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and the parties' written settlement agreement.

DATED: February 17, 2021      /s/ Edward Labarre
                              EDWARD LABARRE
                              Attorney for Plaintiff TINO
                              ARMSTRONG

DATED: February 17, 2021      /s/ Katelyn M. Knight
                              KATELYN M. KNIGHT
                              Attorney for Defendants KEVIN BARRETO
                              and JARRETT TONN